JERRY PERSKY, ATTORNEY-AT-LAW
California State Bar No. 96574
5657 Wilshire Boulevard, Suite 410
Los Angeles, California 90036
Telephone:   (323) 938-4000
Facsimile:   (323) 938-4068
E-mail:      jpersky48@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA RUELAS, | CV 2:18-2395-MAA |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Based upon the parties' Stipulation Awarding Equal Access to Justice Act (EAJA) fees, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of three thousand eight hundred dollars ($3,800.00) as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED: July 25, 2019

_____
UNITED STATES MAGISTRATE JUDGE
MARIA A. AUDERO

[Pleading Title] - 1